# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2020

*The Court of Appeals hereby passes the following order:*

## A20A2109. RICHARD LOUIS RODRIGUEZ v. THE STATE.

We granted the Appellant's motion for an extension of time in which to file an enumeration of errors and brief. On August 17, 2020, the Appellant filed a second motion for extension of time. In the motion, the Appellant also asserts that the record is incomplete because it does not contain four CDs tendered at the hearing on his motion for new trial, which he contends are necessary on appeal. The Appellant requests that we remand the case for completion of the record.

In light of the allegedly incomplete record, this case is hereby REMANDED to the Clerk of the Superior Court of Jasper County for the inclusion of any evidence tendered during the hearing on Appellant's motion for new trial. See OCGA § 5-6-41 (f) ("The trial court or the appellate court may at any time order the clerk of the trial court to send up any original papers or exhibits in the case, to be returned after final disposition of the appeal."). Upon completion of the record, the clerk is directed to transmit the completed record to this Court for re-docketing of the appeal. The Appellant need not file a second notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/20/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*